Greg W. Garrotto Esq.  SBN 89542
LAW OFFICES OF GREG W. GARROTTO
1875 Century Park East, Suite 2230
Los Angeles, California 90067
Telephone (310) 229-9200
Fax (310) 229-9209
e-mail jjggarrotto@msn.com

Attorneys for Plaintiff, Mary Lyons

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LYONS,<br><br>               Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO,<br>a public entity; DOES 1-10<br><br>               Defendants<br><br>_____ | CASE NO.<br><br>**COMPLAINT FOR DAMAGES**<br>**FOR PERSONAL INJURY**<br><br>1) American With Disabilities Act (42 U.S.C. 12101 et. seq.)<br>2) Rehabilitation Act (29 U.S.C. 701 et. seq.)<br>3) Violations of Equal Rights to Public Facilities (California Civil Code Section 54 et. seq.)<br>4) Negligence (California Government Code Section 815.2<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, MARY LYONS, alleges for causes of action as follows:

**JURISDICTION**

1.  This Court has jurisdiction of the within matter in that this Complaint is based on:  a) violations of Title 42 U.S.C. Section 12101 et. seq. in that the Plaintiff is seeking redress for violations of the American With Disabilities Act; and b)violations of  Title 29 U.S.C. 701 et. seq., the Rehabilitation Act.

**GENERAL ALLEGATIONS**

2.  Plaintiff, MARY LYONS is an adult who at all times mentioned in this Complaint was a resident of the City of Upland, County of San Bernardino, California.

3.  Plaintiff is informed and believes and thereon alleges that at all times Defendant COUNTY OF SAN BERNARDINO was a public entity established and organized by virtue of the laws and Constitution of the State of California.

4.  The Defendant COUNTY OF SAN BERNARDINO is a public entity; it's agency, the San Bernardino County Fire Department is charged with fire protection as well as the operation of emergency services in the COUNTY OF SAN BERNARDINO including the provision of said services in the City of Upland.

5.  Defendants Does 1-10 are public employees employed by the County of San Bernardino and or the San Bernardino County Fire Department and acting in

the course and scope of said entities.  Said Defendant is liable for the acts of

Defendants Does 1-10 under the doctrine of respondeat superior as set forth in

Government Code Section 815.2(a).  Said Defendants who are at this time

fictitiously named, will be identified through discovery and amendment to this

complaint will be made.

    6.  The Plaintiff is disabled, being confined to a wheelchair.  On or about

July 22, 2023, the Claimant was in her electric wheelchair in the proximity of 9th

St. and San Antonio Ave. in the City of Upland.  Her electric wheelchair became

stuck on a speed bump which she was unable to go around.  It subsequently

became inoperable.  Because of her disability, she was unable to move from this

location or from her wheelchair.

    7.  Plaintiff contacted the facility where she lives, Heritage Park Nursing

Center and was advised to call 911.  Plaintiff was advised by the 911 dispatcher

that the police would call the fire department.

    8.  San Bernardino County Fire Department personnel responded to the

scene.  She was asked by the Fire Department personnel whether she could walk

and she stated that she could only walk with help. However, the fire personnel

responding then indicated that they had another call and left the scene and

abandoned her in the wheelchair that would not operate.  They did not call other

fire personnel or the police to help her.  After an hour of sitting helpless, two

private citizens helped her and pushed her in her wheelchair to her residence.

9.   As a proximate result thereof, Plaintiff has further suffered great emotional distress and pain and suffering in an amount according to proof as a result of being abandoned and unable to return to her residence or other area of safety.   All damage amounts exceed the jurisdictional limits of this court.

10.  The above recited action of Defendants in depriving Plaintiff of his statutorily protected rights were done with reckless, callous and deliberate indifference to cause Plaintiff unnecessary and wanton infliction of pain.

11.  Plaintiff has timely filed a Governmental Tort Claim which was denied. This Complaint has been filed within 6 months after said Claim was denied.

**FIRST CAUSE OF ACTION- VIOLATIONS OF AMERICAN WITH DISABILITIES ACT  (42 USC 12101 et. seq.) (All Defendants)**

12.  Plaintiff herein incorporates Paragraphs 1 through 11 as though set forth within this cause of action.

13.  Plaintiff, Mary Lyons is wheelchair bound and can only walk with assistance; therefore she qualifies as a person with a disability.

14.  The activities of the San Bernardino County Fire Department, an agency of the Defendant COUNTY OF SAN BERNARDINO constitute a program, service, or activity as defined by the American With Disabilities Act.

15.  The Plaintiff, by virtue of the acts of the Defendants, at all times herein

mentioned was excluded from effective communication, participation in or denied the benefits of the services, programs afforded by the COUNTY OF SAN BERNARDINO solely by reason of her disability.

16.  The acts of the Defendants in denying the Plaintiff participation and or the benefits of the services and benefits of the COUNTY OF SAN BERNARDINO were done with reckless, callous and deliberate indifference to cause Plaintiff, unnecessary and wanton infliction of pain.

17.  As a result of the wrongful acts of the Defendants and each of them, the Plaintiff has suffered general and special damages according to proof as a legal result of the fact that she has been discriminated against and has been wrongfully denied the benefits and services and equal accommodation as a citizen of the City of Upland and the Defendant COUNTY OF SAN BERNARDINO.

**SECOND CAUSE OF ACTION- VIOLATIONS OF THE REHABILITATION ACT (29 USC 701 et. seq.)  (All Defendants)**

18. Plaintiff herein incorporates Paragraphs 1 through 17 as though set forth within this cause of action.

19.  Plaintiff is an individual who is wheelchair bound and cannot only ambulate with difficulty and therefore has a disability.  As a citizen of the City of Upland and Defendant COUNTY OF SAN BERNARDINO, Plaintiff is entitled to receive all the benefits and services and equal accommodations in each and every

service provided by its agency, the County of San Bernardino Fire Department. The Defendant COUNTY OF SAN BERNARDINO is a place of public accommodation and therefore are a covered entity for purposes of enforcement of the Rehabilitation Act.   The Defendant COUNTY OF SAN BERNARDINO receives federal funds in the operation of the County of San Bernardino Fire Department.  Regardless of the fact that the responding members of said Department may have had another call for service, they acted with conscious disregard of the Plaintiff and her predicament and denied her equal accommodation solely because her disability.

20.  The Plaintiff has suffered general and special damages, in amounts according to proof as a legal result of the fact that she has been discriminated against and been wrongfully denied the benefits and services and have equal accommodation as a citizen of the County of San Bernardino.

**THIRD CAUSE OF ACTION-VIOLATIONS OF EQUAL RIGHTS TO PUBLIC FACILITIES (California Civil Code Section 54 et. seq.)**

21.  Plaintiff herein incorporates Paragraphs 1 through 20 as though set forth within this cause of action.

22.  California Civil Code Section 54 states that individuals with disabilities or medical conditions have the same right as the general public to the full and free use of public facilities and other public places.

23. Each and all of the Defendants engaged in a pattern and practice of conduct which deprived the Plaintiff, a wheelchair bound person of the rights and privileges of the Constitution and laws of the United States as well as the State of California. Said Defendants engaged in and practiced and followed patterns of conduct whereby wheelchair bound and persons who could not ambulate without assistance were systematically precluded from asserting the same rights as the general population of the County of San Bernardino and the City of Upland.

**FOURTH CAUSE OF ACTION-NEGLIGENCE (California Government Code Section 815.2)**

24. Plaintiff herein incorporates Paragraphs 1 through 23 as though set forth within this cause of action.

25. At the time and place of the incident herein, the employees of Defendant were negligent; they acted unreasonably in that they left Plaintiff, who was helpless, in a position where she was endangered. She remained in that position for more than two hours, causing her great emotional distress and pain and suffering. At the time, they had reasonable alternatives rather than to leave her immobile and unable to move in an unsafe place. Their alternatives were as simple as alerting other public safety officers in the City of Upland of Plaintiff's plight and requesting aid from either the Police Department or Fire Department and having them respond.

26. Under California <u>Government Code</u> Section 815.2, the Defendant is liable under respondeat superior for the acts of its employees that occur in the course and scope of their employment with the Defendant COUNTY OF SAN BERNARDINO.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them as follows:

1. For general damages in an amount according to proof;

2. For other special damages according to proof;

3. For reasonable attorney fees pursuant to Federal law as set forth in 42 U.S.C. 12205 and or 29 USC 794a;

4. For such other and further relief as the Court may deem just and proper.

Dated: 5/16/2024                LAW OFFICES OF GREG W. GARROTTO

_____
GREG W. GARROTTO

## DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury trial pursuant to Federal <u>Rules of Civil Procedure</u> Section 38.

Dated: 5/14/2024                LAW OFFICES OF GREG W. GARROTTO

_____
GREG W. GARROTTO